**INDIANA TAX COURT**
Cases Transmitted
Week of 5/11/15

Name: <u>Hamilton Square Investment, LLC v. Hamilton County Assessor</u>

Case No. 49T10-1505-TA-00018

Date Filed: 5/15/15

Attorneys: James F. Beatty, Jessica L. Findey, Donald D. Levenhagen, Kathryn Merritt-thrasher, Megan M. Anthony

Type of Tax: Real – whether the Indiana Board of Tax Review erred, under Indiana Code § 6-1.1-20.6-4, in classifying part of taxpayer's property as non-residential and therefore not subject to the applicable property tax credit.